Cameron J. Cook
Wyoming State Bar No. 8-7145
Assistant United States Attorney
District of Wyoming
P.O. Box 668
Cheyenne, WY 82001
(307) 772-2124
Cameron.Cook@usdoj.gov

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2024 JAN 12  PM 1:04

MARGARET BOTKINS, CLERK
CHEYENNE

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>v.<br><br>JOSE DE LA CRUZ GUERRA TORRES,<br><br>     Defendant. | Case No. 24-MJ-04-ABJ |

## MOTION FOR DETENTION HEARING

The United States moves for pretrial detention of the Defendant, pursuant to 18 U.S.C. § 3142(e) and (f).

1. Eligibility of Case. This case is eligible for a detention order because the case involves the following:

   **Serious risk Defendant will flee**

2. Reason for Detention. The court should detain the Defendant because there are no conditions of release which will reasonably assure:

   **Defendant's appearance as required**

3. Time for Detention Hearing. The United States requests the Court conduct the detention hearing:

**Three days after the initial appearance**

DATED this 12th day of January, 2024.

           NICHOLAS VASSALLO
           United States Attorney

    By:  _____
           CAMERON J. COOK
           Assistant United States Attorney