FILED



1:32 pm, 1/26/24

**Margaret Botkins**
**Clerk of Court**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

UNITED STATES OF AMERICA Plaintiff

vs.

JOSE DE LA CRUZ GUERRA TORRES

Defendant.

Case Number:   24-mj-04-ABJ

Date 1/26/2024     Time 11:12 - 11:30AM     Before the Honorable    Kelly H. Rankin

☐ Indictment   ☐ Information   ☑ Complaint   ☐ Arraignment   ☐ Rule 5

☑ Initial Appearance   ☐ Detention Hearing   ☐ Preliminary Hearing   ☐ Removal Hearing

☐ Other

Offense: Illegal Re-Entry

| MiYon Bowden | FTR Recording | Laura M. Harris |
|---|---|---|
| Clerk | Digital Recording | Probation Officer |
| Cameron Cook | Scottsbluff County | Laura Garcia-Hein |
| Asst. U.S. Attorney | Marshal | Interpreter |

Appeared   ☐ Voluntarily   ☑ In Custody

☑ Defendant filed financial affidavit and is informed of consequences if any false information is given.

Attorney appearing  Tracy Hucke

☑ FPD   ☐ PANEL-CJA   ☐ RETAINED   ☐ WAIVED

**Initial appearance**   Date  1/26/2024

(Comments)  Defendant advised of his rights and charges.

WY53                                                                       Rev. 07/18/2023

☑ Defendant committed to custody of U.S. Marshal
☐ Preliminary hearing waived
☐ Preliminary / Final revocation hearing waived
☐ Removal hearing waived

☐ Arraignment set for:
Date _____ Time _____ Judge _____

☑ Preliminary hearing set for: Date 1/31/2024   Time 11:30 AM
Judge Kelly H. Rankin   in Cheyenne, Wyoming (Courtroom 3)

☐ Revocation hearing set for: Date _____ Time _____
Judge _____ in

☑ Detention hearing set for:
Date 1/31/2024   Time 11:30 AM   Judge Kelly H. Rankin

☐ Removal hearing set for:
Date _____ Time _____ Judge _____

☐ Court orders defendant held to answer to U.S. District Court, District of _____
☐ Other _____